# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLENN GARY GUYN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-8975** |
| **JASON KENT** | **SECTION: "I"(3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Glenn Gary Guyn, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Glenn Gary Guyn is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 3rd day of April, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**